No. 991. ESTATE OF SCHILDKRAUT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *George C. Wildermuth* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Harry Baum* for respondent.

No. 994. BORROWDALE *v.* REULAND. C. A. 7th Cir. Certiorari denied. *Milton O. Gordon* for petitioner. *Charles B. Mahin* and *Joseph Keig* for respondent.

No. 1006. MUHAMMAD ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *Edward W. Jacko, Jr.,* for petitioners. *Solicitor General Marshall* for the United States.

No. 1008. NATIONAL MARITIME UNION OF AMERICA, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied. *Abraham E. Freedman* for petitioners. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 1018. BRYAN ET AL., DBA TRAKWORK EQUIPMENT Co. *v.* KERSHAW MANUFACTURING Co. C. A. 5th Cir. Certiorari denied. *Howard J. Marsh* for petitioners. *Edward E. Crowell, Jr.,* for respondent.

No. 1021. MOOREMAN, TRUSTEE IN BANKRUPTCY *v.* MUTUAL LIFE INSURANCE Co. OF NEW YORK. C. A. 9th Cir. Certiorari denied. *William P. Mahoney, Jr.,* for petitioner. *Arthur Kaiser* for respondent.